UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JAMIE WINDOVER,

                Plaintiff,

     -v-

ANDREW M. SAUL, COMMISSIONER OF
SOCIAL SECURITY,
                Defendant.
-----------------------------------------------------------X

19 CIVIL 3742 (GBD)(KHP)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 13, 2020, that the decision of the Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. The decision of the administrative law judge is vacated. Upon remand, the administrative law judge will re-evaluate the medical evidence, re-evaluate Plaintiff's residual functional capacity, and issue a new decision.

**Dated:** New York, New York
        January 13, 2020

                                              **RUBY J. KRAJICK**
                                                **Clerk of Court**

                      **BY:**
                                                  **Deputy Clerk**